**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RONALDO ARJONA TZEP XOCOM, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) No. 2:26-cv-02730-SHL-tmp |
| CHRISTOPHER BULLOCK, Field Office Director of the New Orleans Field Office, U.S. Immigration and Customs Enforcement, | ) |
| Respondent. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed June 22, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 13), filed July 17, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 30, 2026
Date